UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br><br>JOEL VALENCIA ROSAS,<br><br>　　　　　　　Defendant. | CASE NO.  CR11-5504BHS<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of sensitive information contained within the Joint Motion,

It is hereby ORDERED that the Joint Motion to Reduce Sentence shall remain sealed.

DATED this 8th day of December, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER TO SEAL
CR11-5504BHS- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970