Case 3:11-cr-05504-BHS Document 252 Filed 12/08/14 Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_Western_ District of _Washington_

United States of America )
v. )
) Case No: CR11-5504BHS
Joel Valencia Rosas )
) USM No: 41695-086
Date of Original Judgment: 07/09/13 )
Date of Previous Amended Judgment: ) Dennis Carroll
*(Use Date of Last Amended Judgment if Any)*    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.** ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _60_ months **is reduced to** _Time served_ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _07/09/2013_ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 12/8/14

_Judge's signature_

Effective Date: 11/01/2015     The Honorable Benjamin H. Settle, U.S. District Judge
*(if different from order date)*     *Printed name and title*